NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MICHAEL SINDRAM,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2011-7075

_____

Appeal from the United States Court of Appeals for Veterans Claims in no. 08-3676, Judge Lawrence B. Hagel.

_____

**JUDGMENT**

_____

KATHERINE A. HELM, Simpson Thacher & Bartlett, LLP, of New York, New York, argued for claimant-appellant.

SCOTT D. AUSTIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, MARTIN F. HOCKEY, JR., Assistant Director, and NELSON R. RICHARDS, Trial Attorney. Of counsel on the brief were F. JOHN BRIZZI, JR., Deputy Assistant General Counsel, and MICHELLE D. BERNSTEIN, Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2012             /s/ Jan Horbaly
Date                     Jan Horbaly
                         Clerk